IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: WMN-02-1441 |
| PATRICIA E. VAN STORY-LEWIS | * | |
| Defendant | * | |

\*\*\*\*\*

## ORDER

Defendant having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 29th day of October 2002,

ORDERED that this action be administratively closed without prejudice to the right of plaintiff to move to reopen this action for good cause shown.

                                                    William M. Nickerson
                                                    Senior United States District Judge

